*REMAND/MADE JS-6*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 12-4298-GW(AJWx) | Date | October 24, 2012 |
|---|---|---|---|
| Title | *Raymond Gorom v. Old Dominion Freight Line, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

      Pursuant to the Court's order issued on September 20, 2012 (Docket No. 36), it is hereby ordered that the above-entitled action is remanded to the Los Angeles County Superior Court for the State of California (BC 475893).

:

Initials of Preparer    JG